UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| VETERINARY VENTURES, INC. | ) | 3:09-CV-0732-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 15, 2010 |
| | ) | |
| BARRY FARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion to take settlement conference off calendar (#40) is **DENIED**.  The court is routinely faced with contentious parties with diametrically opposing viewpoints during settlement conferences.  Often with the court's intervention, settlement can be achieved.  Therefore, the settlement conference will proceed on Tuesday, June 22, 2010 at 9:00 a.m. as scheduled.

Defendant's motion for authorization to file documents electronically (#41) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
                Deputy Clerk