UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| VETERINARY VENTURES, INC., ) | | 3:09-CV-0732-RCJ-VPC |
| Plaintiff(s), ) | | **MINUTES OF PROCEEDINGS** |
| vs. ) | | |
| ) | | DATED:  June 25, 2010 |
| BARRY FARRIS, ) | | |
| Defendant(s). ) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE
Deputy Clerk:           Lisa Mann           Court Reporter:      FTR
Counsel for Plaintiff(s):      Robert Ryan and Jerry Snyder
Counsel for Defendant(s):      Barry Farris

PROCEEDINGS: DISCOVERY STATUS CONFERENCE

1:37 p.m.  Court convenes.

    The Court addresses the parties regarding the purpose of this hearing.

    The Court and the parties discuss the expedited discovery ordered to be produced by Mr. Farris at this hearing pursuant to order (#46).

    Mr. Farris delivers to Mr. Ryan in open court a thumb drive and four (4) boxes that he reports includes the following information:

    1.    All advertising and marketing materials used by Mr. Farris in marketing his pet watering systems from his current website and from prior incarnations of his website.

    2.    With respect to copies of every website Mr. Farris has used to market his pet watering systems, Mr. Farris reports he does not have copies of every website he has used to market his pet watering systems; however, he has provided Mr. Ryan with the contact information of McKittrick and Louise Olson who have helped Mr. Farris with his websites regarding his pet watering systems.  Mr. Farris indicates there is information from Ms. Olson located on the thumb drive provided to Mr. Ryan.

Veterinary Ventures, Inc., v. Barry Farris
3:09-CV-0732-RCJ-VPC
June 25, 2010
Page 2

    3.    All pictures and videos of any pet watering systems that Mr. Farris has ever had and an electronic version of the postcard distributed at a trade show.

    4.    With respect to website pages that have been taken down, this information is not on the thumb drive; however, Mr. Ryan will contact McKittrick regarding this information.

    5.    Instruction manuals and video demonstrations of the V-4.

    6.    The tangible faucet from the product on the second website is located in a white bag in one of the four boxes.

    7.    The V-4 pump and any other parts that he has in his possession including a version of the prototype of the subterranean pump design.

    8.    All pet watering products in the possession of Mr. Farris that Mr. Ryan has not seen whether belonging to defendant or third parties.

The Court advises it shall take a recess for counsel for plaintiff to examine the items located in the four boxes produced by defendant.

The Court also notes it shall review the plaintiff's motion for revised protective order (#47) and the proposed discovery plan and scheduling order (#48) during the recess.

1:50 p.m.  Court recesses.

1:58 p.m.  Court reconvenes.

Mr. Ryan reports he has briefly examined the boxes provided by the defendant and it seems as the boxes included everything as requested and ordered.

The Court and the parties discuss the plaintiff's proposed discovery plan and scheduling order (#48).

Plaintiff's proposed discovery plan and scheduling order (#48) is GRANTED.

The Court and the parties discuss the plaintiff's motion for revised protective order (#47).

Plaintiff's motion for revised motion for protective order (#47) is GRANTED.

Veterinary Ventures, Inc., v. Barry Farris
3:09-CV-0732-RCJ-VPC
June 25, 2010
Page 3

      With respect to plaintiff's motions to compel participation in Rule 26(f) conference, discovery, and award fees (#12) and (#15) are voluntarily withdrawn without prejudice to re-file if necessary.

      IT IS SO ORDERED.

2:04 p.m.  Court adjourns.

                                                      LANCE S. WILSON, CLERK

                                                By:       /s/
                                                    Lisa Mann, Deputy Clerk