Robert C. Ryan, Esq.
Nevada Bar No. 7164
Jerry M. Snyder, Esq.
Nevada Bar No. 6830
HOLLAND & HART LLP
5441 Kietzke Lane
Second Floor
Reno, NV 89511
Phone: (775) 327-3000
Fax: (775) 786-6179
*Attorneys for Plaintiff*
*Veterinary Ventures, Inc.*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VETERINARY VENTURES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>BARRY FARRIS dba SIERRA BIOSCIENCE, LLC,<br><br>Defendants. | CASE NO.: 3:09-CV-00732-RCJ-VPC<br><br>ORDER **OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, VETERINARY VENTURES, INC. ("Veterinary Ventures"), by and through its undersigned counsel, voluntarily dismisses this action in its entirety without prejudice. In support of this voluntarily dismissal, Veterinary Ventures states as follows:

1. Veterinary Ventures brought this action by filing its Complaint with this Court on December 14, 2009.

2. Defendant Farris has filed neither an answer or motion for summary judgment.

///

///

///

///

3. Veterinary Ventures hereby dismisses this action in its entirety without prejudice.

DATED this 30th day of September, 2010.

ORDER

IT IS SO ORDERED.

DATED: This 19th day of October, 2010.

_____
ROBERT C. JONES
United States District Judge